### 37828. NORRIS v. BANK OF FOREST PARK.
#### ORDER OF COURT.

On motion it is ordered that counsel for the applicant be allowed to withdraw this case.
*All the Justices concur.*

ORDERED NOVEMBER 5, 1981.

*Richard E. Reiter, Jr.,* for appellant.
*Mark L. Golder,* for appellee.

HILL, Presiding Justice, concurring.
This case arose on certiorari to the Court of Appeals. *Bank of Forest Park v. Gray,* 159 Ga. App. 42 (282 SE2d 692) (1981).
We granted certiorari (one Justice dissenting) to determine the following question: "Whether Code Ann. § 109A-9—504 (3) requires that guarantors be given notice by the secured party of the sale or other disposition of repossessed collateral?"
Recognizing a split in foreign authority, the Court of Appeals followed *Brinson v. Commercial Bank,* 138 Ga. App. 177 (1) (225 SE2d 701) (1976). Certiorari to this court was not sought in *Brinson,* supra.
The petitioner in certiorari has been allowed to withdraw the petition. I concur in the order allowing withdrawal for the reason that the petitioner's interest is no longer adverse to the interest of the respondent.